**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
Augusta

IN RE:                                         )                    Chapter  13
          Eric Donyell Cook,                   )                    Number  11-12404
                    Debtor(s)                  )

**REPORT OF NEW DEBTOR ADDRESS**

**Debtor Name:**  Cook _____ Eric _____ D _____
                  Last                First              MI

**Joint Debtor Name:**  N/A _____ N/A _____ N/A _____
                        Last              First              MI

**Previous Address:**  PO Box 5151 _____

                       Augusta _____ GA _____ 30916 _____
                       City              State              Zip Code

**New Address:**  PO Box 20362 _____

                  Augusta _____ GA _____ 30916 _____
                  City              State              Zip Code

This  2nd  day of  February , 2016

                              By:  /s/ Matthew James Duncan _____

                                   Matthew J. Duncan    Attorney at Law
                                   Name                 Title
                                   266 Greene Street
                                   Address
                                   Augusta          GA       30901
                                   City             State    Zip Code
                                   706-755-2928     143397
                                   Telephone        Bar ID